IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BREAH BEDFORD and SIMONE JONES, ) | |
| ) | |
| Plaintiffs, ) | No. 19 C 00001 |
| ) | |
| v. ) | |
| ) | The Honorable Virginia M. Kendall |
| ) | Judge Presiding |
| Chicago Police Officers BRANDON DEWITT ) | |
| (Star No. 11874), COLIN PATTERSON ) | |
| (Star No. 15041), and HECTOR GALVAN ) | |
| (Star No. 13313), Captain PAUL KANE (Star No. 84), ) | |
| Lieutenant ROBERT RUBIO (Star No. 234), and ) | |
| Sergeant JOHN CONNEELY (Star No. 1262), ) | |
| Individually and as Employees and Agents of the ) | |
| City of Chicago; THE CITY OF CHICAGO, ) | |
| a Municipal Corporation; 1000 LIQUORS Inc. ) | |
| d/b/a BIG CITY TAP; and JOSEPH PLEWA, ) | |
| Individually and as an Employee and ) | |
| Agent of 1000 Liquors Inc. d/b/a Big City Tap, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Simone Jones and Defendants Brandon Dewitt, Colin Patterson, Hector Galvan, Robert Rubio, John Conneely, and the City of Chicago, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees as to the following depositions: Antoinette Thompson, Annette Adkins, Pierre Jones, Karen Jones, Katherine Bayer, Admira Ferizovic, Felipe Reyes, and Tamara Lemon.

_____
Jeffrey J. Neslund
Attorney for Simone Jones
Law Offices of Jeffrey J. Neslund
20 North Wacker Drive, Suite 3710
Chicago, IL 60606
(312) 223-1100
Attorney No. 6218605
DATE: 9-27-23

_____
Robert Robertson
Attorney for Simone Jones
Robertson Duric
One North LaSalle St., Suite 300
Chicago, IL 60602
(312) 223-8600
Attorney No. 6207543
DATE: 9-22-23

_____
Ramon A. Moore
Attorney for Simone Jones
Law Offices of Ramon A. Moore
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
(312) 332-5134
Attorney No. 6286849
DATE: 9/28/23

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: _____
Victoria R. Benson
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: October 1, 2023

_____
Jessica Griff
Attorney for Brandon Dewitt, Colin Patterson, Hector Galvan, Robert Rubio and John Conneely
Chief Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-2826
Attorney No. 6309134
DATE: 10/1/2023