THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BREAH BEDFORD, et al, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>BRANDON DEWITT, et al )<br>*Defendants*. )<br>)<br>) | No. 19 C 1<br><br>Judge Virginia M. Kendall |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes  pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of Defendant(s)

and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other:  With respect to the claims of Plaintiffs against Defendants; Claim 1: Plaintiff Bedford's excessive force Claim in favor of Defendant Officer DeWitt; Claim 2: Plaintiff Bedford's Negligence Claim in favor Defendants Joseph Plewa and 1000 Liquors; Claim 3: Plaintiff Jones' Negligence Claim as to Defendants Joseph Plewa and 1000 Liquors in favor of Plaintiff Jones; Claim 4: Plaintiff Jones Battery Claim as to Defendant Joseph Plewa in favor of Plaintiff Jones; Claim 5: Plaintiff Bedford's Malicious Prosecution Claim as to Defendant Joseph Plewa in favor of Defendant Joseph Plewa; Claim 6: Plaintiff Jones' Malicious Prosecution Claim as to Defendant Joseph Plewa in favor of Plaintiff Jones; Claim 7: Plaintiff Jones' Intentional Infliction of Emotional Distress Claim as to Defendant Joseph Plewa in favor of Plaintiff Jones. Compensatory Damages as to Plaintiff Bedford's Claims: A. Excessive Force against Officer Dewitt $0; B. Negligence against 1000 Liquors $0; C. Malicious Prosecution against Joseph Plewa $0; Total Compensatory Damages as to Plaintiff Breah Bedford $0: As to Plaintiff Jones' Claims; A. Battery against Joseph Plewa $3,062.00; B. Negligence against 1000 Liquors $1.00; C. Malicious Prosecution against Joseph Plewa $5,000.00; D. Intentional

Infliction of Emotional Distress against Joseph Plewa $50,000.00; Total as to Plaintiff Simone Jones $58,063.00: Defendant Dewitt is awarded no Punitive Damages; Punitive Damages awarded to Defendant Plewa in the amount of $65,000.00.

This action was *(check one)*:

☒ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☐ decided by Virginia M. Kendall on a Motion for Summary Judgment.

Date: 10/11/2023          Thomas G. Bruton, Clerk of Court

                                    /s/Lynn Kandziora , Deputy Clerk